UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                           No. 23-CR-00353-LTS-2

AMIER WILSON,                                                    O<small>RDER</small>

        Defendant.

-------------------------------------------------------x

        A change of plea hearing in this case is scheduled to proceed on November 20, 2023, at 3:00 p.m., in Courtroom 17C.

        The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding, at least 48 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
      November 15, 2023                         LAURA TAYLOR SWAIN
                                                  Chief United States District Judge