UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　No.  23-CR-00353-LTS-2

AMIER WILSON,　　　　　　　　　　　　　　　　　Order

        Defendant.

-------------------------------------------------------x

        In light of the Order of Restitution entered at docket entry no. 74, the Restitution Hearing in this case, currently scheduled to proceed on October 2, 2024, at 11:00 am in Courtroom 17C, is hereby **cancelled**.

        SO ORDERED.

Dated: New York, New York　　　　　　　　　/s/ Laura Taylor Swain
       October 2, 2024　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge